# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cassandra Hope Bennett, | Case No. 24-cv-3244 (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Minnesota Department of Corrections and Paul Schnell, | |
| Defendants. | |

**IT IS HEREBY ORDERED**:

1. Based on Plaintiff Cassandra Hope Bennett's payment of this action's initial partial filing fee, the Court's Report and Recommendation dated September 17, 2024 [ECF No. 4], is **VACATED**.

2. Bennett's application to proceed *in forma pauperis* [ECF No. 2] is **GRANTED**.

3. The U.S. Marshals Service is directed to effect service of process on Defendant Minnesota Department of Corrections and Defendant Paul Schnell (sued in his official capacity with the State of Minnesota) consistent with Rule 4(j) of the Federal Rules of Civil Procedure.

4. Bennett must pay the unpaid balance ($292.53) of this action's statutory filing fee in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall notify authorities at Bennett's place of confinement of this obligation.

[Continued on next page.]

Dated: October 15, 2024

s/Tony N. Leung

_____
Tony N. Leung
United States Magistrate Judge

*Bennett v. Minnesota Department of Corrections*
Case No. 24-cv-3244 (NEB/TNL)

2