UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cassandra Hope Bennett, | Case No. 24-cv-3244 (NEB/TNL) |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| Minnesota Department of Corrections and Paul Schnell, | |
| Defendants. | |

**IT IS HEREBY RECOMMENDED** that the request in Bennett's Complaint for Violation of Civil Rights Under 42 U.S.C. § 1983 [ECF No. 1 ("Complaint")] that asks for "an Emergency Injunctive for Relief" (*id.* at 7) is **DENIED WITHOUT PREJUDICE**, insofar as it seeks injunctive relief before the ultimate resolution of this action. Whether construed as a request for a preliminary injunction or for a temporary restraining order, the request does not comply with the procedural requirements of Rule 65(a)–(b) of the Federal Rules of Civil Procedure.[1]

Dated: October 15, 2024

s/Tony N. Leung
_____
Tony N. Leung
United States Magistrate Judge

*Bennett v. Minnesota Department of Corrections*
Case No. 24-cv-3244 (NEB/TNL)

---

[1] The Court recommends denying the request without prejudice. If, as the case proceeds, Bennett believes it is appropriate to renew her request for relief before this action's resolution, she may file another motion (though, of course, she must comply with all relevant procedural requirements).

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).