## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CASSANDRA HOPE BENNETT, | Case No. 24-CV-3244 (NEB/TNL) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MINNESOTA DEPARTMENT OF CORRECTIONS and PAUL SCHNELL, | |
| Defendants. | |

---

The Court has received the October 15, 2024 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 8) is ACCEPTED.

2. The request in Plaintiff's Complaint for Violation of Civil Rights under 42 U.S.C. § 1983 for "Emergency Injunctive for [*sic*] Relief" (ECF No. 1 at 7) is DENIED WITHOUT PREJUDICE.

Dated: November 18, 2024

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge